UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BABA LODGING, LLC                              CIVIL ACTION NO. 10-1750

VERSUS                                         JUDGE MAURICE S. HICKS JR.

WYNDHAM WORLDWIDE                              MAGISTRATE JUDGE HORNSBY
OPERATIONS, INC., ET AL

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Tara Posey, Judy Free, Ryan Murphy, and Joey Garcia are dismissed without prejudice for failure to make timely service.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE